IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES NORWOOD,
aka MS. CHELSY,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

11-cv-507-bbc

v.

DR. TOBIASZ, DR. GARBELMAN,
DR. CALLISTER, MR. POLLARD,
JAMES MUENCHOW, CYNTHIA
THORPE, MICHAEL MEISNER,
DON STRAHOTA, WELCOME ROSE,
MELISSA ROBERTS and SCHWOCHERT,

    Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Dr. Tobiasz, Dr. Garbelman, Dr. Callister, Mr. Pollard, James Meunchow, Cynthia Thorpe, Michael Meisner, Don Strahota, Welcome Rose, Melissa Roberts and Schwochert granting their motion for summary judgment, denying plaintiff's motion for injunctive relief as moot and dismissing this case.

_/s/ Peter Oppeneer_                            11/16/12
Peter Oppeneer, Clerk of Court                Date